UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: \_\_\_\_Martha Cristina Garzon\_\_\_\_   JOINT DEBTOR:_____ CASE NO.: 12-26651 LMI
Last Four Digits of SS# \_\_\_5258\_\_\_   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of \_\_\_60\_\_\_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A. $\_\_199.47\_ for months \_\_1\_\_ to \_\_60\_\_;
  B. $_____ for months \_\_\_\_\_ to \_\_\_\_\_;
  C. $_____ for months \_\_\_\_\_ to \_\_\_\_\_; in order to pay the following creditors:

Administrative: Attorney's Fee - $\_4,250.00 + 175.00 Costs\_ TOTAL PAID $ \_\_1,400.00\_\_
  Balance Due   $\_\_\_\_\_3,025.00\_\_\_\_\_ payable $168.06/month (Months \_\_1\_\_ to \_\_18\_\_)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date $_____
Address:_____   Arrears Payment  $_____/month (Months \_\_\_\_ to \_\_\_\_)
_____   Regular Payment  $_____/month (Months \_\_\_\_ to \_\_\_\_)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Real Time Resolutions H/S Second Mtg Acct No.: 1484 | Homestead 9340 Fontainebleau Blvd #W501 Miami, FL 33172 Value.: 118,000.00 | 0 % | $0.00 | 1 To 60 | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____  Total Due $_____
            Payable   $_____/month (Months\_\_\_ to \_\_\_) Regular Payment $_____

Unsecured Creditors: Pay $\_\_11.46\_/month (Months 1 to 18), Pay $179.52/month (Months 19 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Bank of America is being paid outside the chapter 13 plan. Keystone Court Condominium Fountain HOA and American Honda are current and being paid outside the chapter 13 plan. Real Time Resolution, Inc H/S Second Mortgage is being stripped off through the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  /s/Martha Cristina Garzon
Debtor
Date: \_\_\_07/10/2012_____

LF-31 (rev. 01/08/10)