UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                          PROCEEDINGS UNDER CHAPTER 13
                                                                CASE NO. 12-26651 BKC-LMI

Martha C. Garzon
SSN: xxx-xx-5258

_____Debtor(s)._____/

## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

**COMES NOW**, the Debtor, Martha C. Garzon, by and through the undersigned counsel and files this Motion to Modify Chapter 13 Plan and states as follows:

1. That this is a confirmed Ch.13 Case.

2. That the debtor has filed a Verified Motion for Referral to Loss Mitigation Mediation with lender Bank of America, NA.

3. That the debtor wishes to modify the plan in order to provide for LMM payments to Bank of America, NA.

**WHEREFORE**, the Debtor, Martha C. Garzon, respectfully requests to this honorable Court that this Motion to Modify Chapter 13 Plan be GRANTED.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

Respectfully submitted,

**Law Offices of Patrick L Cordero, Esq**
Attorney for Debtor(s).
198 NW 37th Avenue
Miami, Florida 33125
Tel: (305) 445-4855

____/s/ (FILED ECF)____
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992