**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**  www.flsb.uscourts.gov
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ 1ST - LMM  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Martha C. Garzon     JOINT DEBTOR_____     CASE NO: 12-26651 BKC-LMI
Last Four Digits of SS# __5258__     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ __138.34__ for months __1__ to __23__ ;
B. $ __1,206.51__ for months __24__ to _____ ;
C. $ __1,248.44__ for months __25__ to __60__ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3500.00 + $2500 (LMM) + $750(MTV) + $500(Mod) + $300 Cost = $7,550.00
TOTAL PAID -$ 2,900.00
Balance Due  -$ 4,650.00  payable $ __131.52__ /month (Months __1__ to __23__ )
                          payable $ __1,085.86__ /month (Months __24__ to _____ )
                          payable $ __179.72__ /month (Months __25__ to __27__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Name: Bank of America, NA                       MMM Program Proposed Payment - __$893.44__
Address: POB 660933                             (Starting with the payment of August, 2014)
         Dallas, TX 75266-0933                  Payment $ __0.00__ /month (Months __1__ to __24__ )
Account No: 753231492                           Payment $ __893.44__ /month (Months __25__ to __60__ )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Real Time Resolutions, Inc. (H/S - 2nd Mtg.) Acct. #1484 | HOMESTEAD Property located at: 9340 Fontainebleau Blvd., #W501 Miami, FL 33172  VALUE: $118,000.00 | 0 % | $ 0.00  $ | 1 To 60 | $ 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____  Total Due $ _____
                                    Payable   $ _____ /month (Months _____ to _____ ) Regular Payment $ _____

Unsecured Creditors:  Pay $ __0.00__ /month (Months __1__ to __24__ ).
                      Pay $ __50.44__ /month (Months __25__ to __27__ ).
                      Pay $ __230.16__ /month (Months __28__ to __60__ ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: __Keystone Court Condominium Fountain HOA and American Honda are current and being paid outside the plan.__

LF-31 (rev. 01/08/10)

The Debtor has filed a Verified Motion for Referral to LMM with Bank of America, NA ("Lender"), **loan number 753231492**, for real property located at **9340 Fontainebleau Blvd., #W-501, Miami, FL 33172**. The parties shall timely comply with all requirements of the Order of Referral to LMM and all Administrative Orders/Local Rules regarding LMM. While the LMM is pending and until the trial/interim payment plan or the permanent mortgage modification/permanent payment is established by the parties, the Debtors have included a post-petition plan payment, absent Court order to the contrary, of no less than 31% of the Debtors' gross monthly income as a good faith adequate protection payment to the Lender. All payments shall be considered timely upon receipt by the trustee and not upon receipt by the Lender.

Until the LMM is completed and the Final Report of Loss Mitigation Mediator is filed, any objection to the Lender's Proof of Claim on the real property described above shall be held in abeyance as to the regular payment and mortgage arrearage stated in the Proof of Claim only. The Debtors shall assert any and all other objections to the Proof of Claim prior to confirmation of the plan or modified plan.

If the Debtors, co-obligor/co-borrower or other third party (if applicable) and the Lender agree to a settlement as a result of the pending LMM, the Debtors will file a Motion to Approve Loss Mitigation Agreement with Lender no later than 14 calendar days following settlement. Once the settlement is approved by the Court, the Debtors shall immediately amend or modify the plan to reflect the settlement and the Lender shall amend its Proof of Claim to reflect the settlement, as applicable.

If a settlement is reached after the plan is confirmed, the Debtors will file a motion to modify the plan no later than 30 calendar days following approval of the settlement by the Court and the Lender shall have leave to amend its Proof of Claim to reflect the settlement reached after confirmation of the plan. The parties will then timely comply with any and all requirements necessary to complete the settlement. In the event the Debtors receive any financial benefit from the Lender as part of any agreement, the Debtors shall immediately disclose the financial benefit to the Court and the trustee and amend or modify the plan accordingly.

If the Lender and the Debtors fail to reach a settlement, then no later than 14 calendar days after the Mediator's Final Report is filed, the Debtors will amend or modify the plan to (a) conform to the Lender's Proof of Claim (if the Lender has filed a Proof of Claim) or (b) provide that the real property will be surrendered. If the amended or modified plan provides that the real property is to be surrendered, then the obligations to the Lender will be considered "treated outside the plan" and the Lender shall have in rem relief from the automatic stay as to the real property being surrendered. Notwithstanding the foregoing, Lender may file a motion to confirm that the automatic stay is not in effect as to the real property.

Confirmation of the plan will be without prejudice to the assertion of any rights the Lender has to address payment of its Proof of Claim.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ MARTHA C. GARZON
Debtor
Date:    07/17/14

_____
Joint Debtor
Date:_____

LF-31 (rev. 01/08/10)