# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

---

In Re:                                                    Case # 12-26651-LMI

**Debtor:** Martha Cristina Garzon                        Chapter 13

---

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed loss mitigation Mediator, reports to the court as follows:**

**A.** The final Loss Mitigation Mediation (LMM) conference was scheduled to be conducted on 11-18-2014 and the following parties were present:

1. [ x ] The Debtor: Martha Garzon
2. [ x ] The Debtor's Attorney: Richard Guzman
3. [ x ] The Lender's Representative: Sonya Wilbert
4. [ x ] The Lender's Attorney: Beatrice Grevel

**B.** The final LMM conference was scheduled for, but not conducted for the following reason:

1. [  ] The parties settled prior to attending
2. [  ] The case was dismissed
3. [  ] The debtor failed to attend
4. [  ] The debtor's attorney failed to attend
5. [  ] The lender failed to attend
6. [  ] The lender's attorney failed to attend
7. [  ] Other

**C.** The result of the LMM conference is as follows

1. [x] The parties reached an agreement
2. [  ] The parties did not reach an agreement


Dated: 04-01-2015                    Signature of Mediator: _____/S/_____

                                     Printed Name: Robin Weiner

                                     Address: 151 N. Nob Hill Road #132 Plantation, FL 33324

                                     Phone: 754-227-9449

Copies To: [All Parties to Mediation] Email: impartialmediator@gmail.com